UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANN BRESHEARS,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>INTEL CORP. LONG TERM DISABILITY PLAN,<br><br>　　　　　　Defendant. | Case No.: 14-CV-02267-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorneys: Michelle L. Roberts
Defendant's Attorneys: Nancy B. Pridgen

An initial case management conference was held on October 1, 2014. A further case management conference is set for January 7, 2015, at 2:00 p.m.

The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is October 31, 2014

FACT AND EXPERT DISCOVERY CUTOFF is February 6, 2015

The parties shall file Rule 56 cross-motions for summary judgment by the following deadlines and with the following page limits:

- Plaintiff's Motion for Summary Judgment: March 19, 2015 (25 pages)
- Defendant's Combined Motion for Summary Judgment/Opposition: April 16, 2015 (25 pages)
- Plaintiff's Combined Opposition/Reply: April 30, 2015 (20 pages)
- Defendant's Reply: May 14, 2015 (12 pages)

DISPOSITIVE MOTIONS shall be set for hearing on June 4, 2015, at 1:30 p.m. Each side may file only one dispositive motion in the entire case.

1

Case No.: 14-CV-02267-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: October 1, 2014

_____
LUCY H. KOH
United States District Judge