Michelle L. Roberts, State Bar No. 239092
 Email: michelle@ssrlawgroup.com
Cassie Springer Ayeni, State Bar No. 221506
 Email: cassie@ssrlawgroup.com
SPRINGER & ROBERTS LLP
1050 Marina Village Pkwy., Suite 105
Alameda, CA  94501
Tel:  510.992.6130
Fax: 510.280.7564

Attorneys for Plaintiff
JOANN BRESHEARS

Nancy B. Pridgen (Pro Hac Vice)
nancy@mplaw-llc.com
Monnolly Pridgen LLC
3340 Peachtree Road, Suite 1800
Atlanta, GA 30326
Tel. (404) 551-5884

Walter M. Stella (SBN 148215)
wms@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
INTEL CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANN BRESHEARS | ) | Case Number: C 14-2267-LHK |
| Plaintiff, | ) ) ) | **JOINT STIPULATION & [~~PROPOSED~~] ORDER EXTENDING ADR DEADLINE** |
| vs. | ) ) | Honorable Lucy H. Koh |
| INTEL CORPORATION LONG TERM DISABILITY PLAN | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff JoAnn Breshears and Defendant Intel Corporation Long Term Disability Plan (collectively the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on December 19, 2014, the Court denied the Parties' Joint Stipulation to reschedule the January 7, 2015 further case management conference and extend case deadlines;

WHEREAS, on September 11, 2014, the Court ordered the Parties to participate in court-sponsored mediation by no later than December 31, 2014 (D.E. #19);

WHEREAS, the Parties have engaged in settlement discussions but, due in large part to Defendant's lead counsel's personal circumstances, including her own and her daughter's serious illness and her father's recent hospitalization, all within the month of December, the Parties have been unable to schedule a mediation on or before December 31, 2014;

WHEREAS, the next earliest date that the court-appointed mediator is available to mediate this matter is January 6, 2015, a date when Plaintiff is scheduled to undergo back surgery;

WHEREAS, the Parties have reserved mediation dates with the court-appointed mediator for January 12 and 13, 2015, and intend to engage in formal mediation by no later than January 13, 2015;

WHEREAS, the Parties request that the Court grant a two-week extension on the current December 31, 2014 deadline to mediate;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that, subject to the Court's approval or modification, the deadline for the Parties to participate in court-sponsored mediation shall be extended from December 31, 2015 to January 14, 2015.

Dated:  December 23, 2014          /s/ *Michelle L. Roberts*
                                   Counsel for plaintiff


Dated:  December 23, 2014          */s/Nancy B. Pridgen*
                                   Counsel for defendant

JOINT STIPULATION & [PROPOSED] ORDER
EXTENDING ADR DEADLINE
CASE NO. 14-2267-LHK

~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for the Parties to mediate shall be extended by two weeks from December 31, 2014 to January 14, 2015. The case management conference is continued to January 28, 2015 at 2 p.m. All other deadlines remain as set.

Dated:  December 23, 2014

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE


### SIGNATURE ATTESTATION

I, Michelle L. Roberts hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  December 23, 2014         By:     /s/ *Michelle L. Roberts*
                                                  MICHELLE L. ROBERTS

JOINT STIPULATION & [~~PROPOSED~~] ORDER
EXTENDING ADR DEADLINE
CASE NO. 14-2267-LHK