UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOANN BRESHEARS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> INTEL CORP. LONG TERM DISABILITY ) <br> PLAN, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 14-CV-02267-LHK <br><br> JUDGMENT |

Plaintiff has accepted an offer of judgment from Defendant pursuant to Federal Rule of Civil Procedure 68(a). *See* ECF No. 31. The Clerk of the Court shall therefore enter judgment in favor of Plaintiff pursuant to the terms in Defendant's Federal Rule of Civil Procedure 68 Offer of Judgment. *See id.* Ex. A. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02267-LHK
JUDGMENT